

# NUMBER 13-22-00229-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

| | |
|---|---|
| **THE STATE OF TEXAS,** | **Appellant,** |

**v.**

| | |
|---|---|
| **MINERVA MARTINEZ PENA**<br>**A/K/A MINERVA M. PENA,** | **Appellee.** |

### On appeal from the 404th District Court
### of Cameron County, Texas.

## MEMORANDUM OPINION

### Before Justices Longoria, Hinojosa, and Silva
### Memorandum Opinion by Justice Hinojosa

Appellant the State of Texas appeals the trial court's order quashing the indictment of appellee Minerva Martinez Pena a/k/a Minerva M. Pena, which charged Pena with nepotism. *See* TEX. GOV'T CODE ANN. § 573.041. This cause is before the Court on the

State's motion to dismiss this appeal. The motion was signed by counsel for the State, and we find the motion meets the requirement of Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). Without passing judgment on the merits of the case, the motion to dismiss is granted, and the appeal is hereby dismissed.

Having dismissed the appeal at the State's request, no motion for rehearing will be entertained.

LETICIA HINOJOSA
Justice

Do not publish.
TEX. R. APP. P. 47.2 (b).

Delivered and filed on the
6th day of October, 2022.